■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANEY JENKINS, Appellant. [881 NYS2d 313]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, so much of a decision and order of this Court dated April 3, 1995 (*People v Jenkins*, 214 AD2d 584 [1995]), as affirmed a sentence of the Supreme Court, Kings County, imposed June 11, 1991, upon his conviction under indictment No. 254/90.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY JONES, Appellant. [881 NYS2d 360]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Zambelli, J.), imposed March 6, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio and Dickerson, JJ., concur.